FILED
09 MAY 30 PM 2:21
[stamp]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08 2731

|                                    |   |                              |
|------------------------------------|---|------------------------------|
|                       Plaintiff,   | ) | CASE NO. _____CW_____        |
|                                    | ) |                              |
| vs.                                | ) | PRISONER'S        (PR)       |
|                                    | ) | APPLICATION TO PROCEED       |
|                                    | ) | IN FORMA PAUPERIS            |
|                                    | ) |                              |
|                       Defendant.   | ) |                              |

I, __TimoTHY EPPS__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes _X_ No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __$ 11.20__     Net: __$ 11.20__

Employer: __CDCR - SALINAS VALLEY STATE PRISON (3RD WATCH BUILDING__
__(VALLEY)__
__PORTER).__

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____            - 1 -

and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

___TEXASCO OIL CHANGERS IN JACKSONVILLE, FLORIDA. ADDRESS UN-KNOWN.___

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment      Yes ___ No _X_

    b. Income from stocks, bonds, or royalties?      Yes ___ No _X_

    c. Rent payments?      Yes ___ No _X_

    d. Pensions, annuities, or life insurance payments?      Yes ___ No _X_

    e. Federal or State welfare payments, Social Security or other government source?      Yes ___ No _X_

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3. Are you married?      Yes ___ No _X_

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4. a. List amount you contribute to your spouse's support : $ _____

   b. List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____      - 2 -

and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5. Do you own or are you buying a home?   Yes ____ No _X_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?   Yes ____ No _X_

Make __N/A__ Year _____ Model _____

Is it financed? Yes _____ No _N/A_ If so, Total due: $_____

Monthly Payment: $ __N/A__

7. Do you have a bank account? Yes ____ No _X_ (Do not include account numbers.)

Name(s) and address(es) of bank: __N/A__

_____

Present balance(s): $ __N/A__

Do you own any cash? Yes ____ No _X_ Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ____ No _X_

_____

8. What are your monthly expenses?

Rent: $ __NONE__   Utilities: __NONE__

Food: $ __NONE__   Clothing: __NONE__

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ | $ |
| N/A | $ | $ |
| N/A | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____           - 3 -

RESTITUTION, + FOR EYE GLASSES FROM CDCR.

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes X   No /

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

PEOPLE VS. TIMOTHY EPPS (A108916) FIRST APPELLATE DISTRICT - DIVISION THREE

PEOPLE VS. TIMOTHY EPPS (A-108916) SUPREME COURT OF CALIFORNIA

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

May 20th 2008                    Timothy Epps
DATE                             SIGNATURE OF APPLICANT

PRIS. APPLIC. TO PROC. IN FORMA

PAUPERIS, Case No._____          - 4 -

1
2                                              **Case Number:** _____
3
4
5
6
7
8
9                            **CERTIFICATE OF FUNDS**
10                                       **IN**
11                            **PRISONER'S ACCOUNT**
12

13    I certify that attached hereto is a true and correct copy of the prisoner's trust account
14 statement showing transactions of __TimoTHY EPPS__ for the last six months at
15                                  [prisoner name]
16 __SALINAS VALLEY STATE PRISON__ where (s)he is confined.
17              [name of institution]
18    I further certify that the average deposits each month to this prisoner's account for the most
19 recent 6-month period were $ __0__ and the average balance in the prisoner's account
20 each month for the most recent 6-month period was $__0__.
21
22 Dated: __5/20/08__                    __C/O D ly__
23                                       [Authorized officer of the institution]
24
25
26
27
28

```
REPORT ID: TS3030  .701                                    REPORT DATE: 05/19/08
                                                           PAGE NO:           2
                         SALINAS VALLEY STATE PRISON
                         INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: SEP. 01, 2007 THRU MAY 19, 2008

ACCT: T16535        ACCT NAME: EPPS, TIMOTHY              ACCT TYPE: I


                       * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 04/27/01                        CASE NUMBER: *135298
COUNTY CODE:    *ALA                            FINE AMOUNT: $   44,754.22

   DATE      TRANS.    DESCRIPTION                TRANS. AMT.        BALANCE
   ----      ------    -----------                -----------        -------
  10/09/07   DR34      REST DED-EFT DEPOSIT           50.00-        44,586.72

      * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
      * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                              TRUST ACCOUNT SUMMARY

  BEGINNING       TOTAL         TOTAL        CURRENT        HOLDS       TRANSACTIONS
   BALANCE       DEPOSITS     WITHDRAWALS    BALANCE       BALANCE      TO BE POSTED
  ---------      --------     -----------    -------       -------      ------------
      5.00        45.00         50.00          0.00          5.00           0.00


                                                            CURRENT
                                                           AVAILABLE
                                                            BALANCE
                                                           ---------
                                                              5.00-
```

```
REPORT ID: TS3030  .701                              REPORT DATE: 05/19/08
                                                     PAGE NO:        1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         SALINAS VALLEY STATE PRISON
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: SEP. 01, 2007 THRU MAY  19, 2008

ACCOUNT NUMBER : T16535            BED/CELL NUMBER: FCB4T1000000108L
ACCOUNT NAME   : EPPS, TIMOTHY         ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY
         TRAN
DATE     CODE   DESCRIPTION      COMMENT      CHECK NUM    DEPOSITS    WITHDRAWALS    BALANCE
-----    ----   -----------      -------      ---------    --------    -----------    -------

09/01/2007      BEGINNING BALANCE                                                        5.00

09/05 W536  COPAY CHARGE   0690 COPAY                                     5.00           0.00
09/17 FR01  CANTEEN RETUR  700808                                         0.95-          0.95
10/09*DD34  EFT DEPOSIT O  1009 90608           45.00                                   45.95
10/11 W534  MEDICAL CHARG  1040 BRACE                                    30.25          15.70
11/07*FC03  DRAW-FAC 3     1276 C4                                       15.70           0.00
12/14 FR01  CANTEEN RETUR  701588                                        15.70-         15.70
12/17 FC03  DRAW-FAC 3     1593 C-1                                       5.70          10.00
12/19 W536  COPAY CHARGE   1617 COPAY                                     5.00           5.00
12/27 W536  COPAY CHARGE   1668DCOPAY                                     5.00           0.00
      ACTIVITY FOR 2008
01/14 FR01  CANTEEN RETUR  701813                                         5.70-          5.70
01/14 FC03  DRAW-FAC 3     1816 C4                                        0.70           5.00
01/16 W536  COPAY CHARGE   1851DCOPAY                                     5.00           0.00
02/15 FR01  CANTEEN RETUR  702144                                         0.70-          0.70
02/21 W512  LEGAL POSTAGE  2183 ENVEL                                     0.70           0.00


                           CURRENT HOLDS IN EFFECT

  DATE       HOLD
 PLACED      CODE      DESCRIPTION               COMMENT        HOLD AMOUNT
 ------      ----      -----------               -------        -----------
05/14/2008   H114   COPAY FEE, MED.            2911DCOPAY           5.00


                        * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 04/27/01                CASE NUMBER:   *135298
COUNTY CODE:   *ALA                     FINE AMOUNT: $  44,754.22

   DATE       TRANS.    DESCRIPTION                TRANS. AMT.    BALANCE
  ------      ------    -----------                -----------    -------

09/01/2007     BEGINNING BALANCE                                  44,636.72
```

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, __TimoTHY EPPS__, declare:

I am over 18 years of age and a party to this action. I am a resident of __SALINAS VALLEY STATE__ Prison,

in the county of __SALINAS__,

State of California. My prison address is: __P.O. Box 1050 SOLEDAD, CALIFORNIA 93960-1050__.

On_____,
(DATE)

I served the attached: __WRIT OF HABEAS CORPUS__

(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

NORTHERN DISTRIC COURT (U.S. FEDERAL DISTRICT COURT).
450 GOLDEN GATE AVE. SAN FRANCISCO, CALIF. 94102

ATTORNEY GENERAL - 455 GOLDEN GATE AVE. SUITE 11000 SAN FRANCISCO, CALIF. 94102-7004

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __May 20th 2008__    __Timothy Epps__
(DATE)                              (DECLARANT'S SIGNATURE)