C08-2731 CW

June 10, 2008
Tuesday

RECEIVED
08 JUN 12 PM 4:03
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Court Clerk Richard W. Wieking,

I filed a Writ of Habeas Corpus on May 20th, 2008 and mailed it to 'you'... the Court Clerk on May 20th, 2008 also. However, I have yet to receive a response or a Case # for my Writ of Habeas Corpus. Why?

Will you please inform me if you or your office has received my documents, for they're very important?

I thank you much for your time and efforts!

Sincerely,
Timothy Epps
-2008-

P.S.   Please be sure to inform me if my Writ of Habeas Corpus has been found, that was mailed to your office on May 20, 2008.
I have a copy of the Habeas corpus I sent you, because I retained a copy for myself. I sent you the original! Please reply back ok.

Timothy Epps #T-16535 C4-108
Salinas Valley State Prison
P.O. Box 1050   C4-108
Soledad, Ca. 93960-1050

Confidential

STATE PRISON
GENERATED MAIL

US POSTAGE $00.42 JUN 11 2008 ZIP CODE 93960

Richard W. Wieking
Office Of The Clerk, U.S. District Court
Northern District Of California
450 Golden Gate Avenue
San Francisco, California 94102